**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Rosanne Edwards Murphy,            )<br>                                                             )<br>                         Plaintiff,       )<br>                                                             )<br>             versus                               )<br>                                                             )<br>Ashley Arms Apartments; Ms. Carol Farr,  )<br>Manager of Ashley Arms Apartments; US   )<br>Department of Housing and Urban           )<br>Development; Housing Authority;              )<br>Wholesale Appliance Center; Londell         )<br>Williams, Salesman at Wholesale              )<br>Appliance Center,                                    )<br>                                                             )<br>                         Defendants.    )<br>_____)  | Civil Action No.: 2:05-2469-CWH<br><br><br><br><br><br>**ORDER** |

On August 25, 2005, the plaintiff, a resident of South Carolina, filed a complaint *pro se* against Ashley Arms Apartments; Ms. Carol Farr, manager of Ashley Arms Apartments; the US Department of Housing and Urban Development; Housing Authority; Wholesale Appliance Center; and Londell Williams, salesman at Wholesale Appliance Center.

On September 9, 2005, Magistrate Judge George C. Kosko filed a report and recommended that this action be dismissed for lack of jurisdiction. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the plaintiff herein was provided ten days during which to file written objections to the report and recommendation and informed of the consequences resulting from a failure to do so. See 28 U.S.C. §636(b)(1)(C). The plaintiff has not filed any objections to the magistrate judge's report and recommendation.

Accordingly, The Court adopts Magistrate Judge Kosko's report and recommendation

and dismisses this action without prejudice and without service of process for lack of jurisdiction.

**AND IT IS SO ORDERED.**

                                                                                  _____
                                                                                  C. WESTON HOUCK
                                                                                  UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 27, 2005